

# NUMBER 13-22-00425-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

OCWEN LOAN SERVICING, LLC,
HOMEWARD RESIDENTIAL, INC.
(F/K/A AMERICAN HOME
MORTGAGE SERVICING, INC.),
AND DEUTSCHE BANK NATIONAL
TRUST COMPANY, AS TRUSTEE
FOR AMERIQUEST MORTGAGE
SECURITIES, INC., ASSET-BACKED
PASS-THROUGH CERTIFICATES,
SERIES 2004-R8,                                         Appellants,

v.

CONSUELO JONES,
GABRIELA JONES, AND MARCC,                              Appellees.

## ON APPEAL FROM THE 93RD DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

# MEMORANDUM OPINION

**Before Justices Benavides, Tijerina, and Silva**
**Memorandum Opinion by Justice Benavides**

This cause is before the Court on a joint motion to dismiss. On September 26, 2023, we ordered this cause abated for settlement discussions. The parties, now having reached a settlement agreement, request the dismissal of this appeal.

The Court, having considered the documents on file and the joint motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Accordingly, we reinstate the appeal and grant the joint motion to dismiss. The appeal is hereby dismissed. In accordance with the joint motion and the apparent agreement between the parties, costs will be taxed against the party incurring the same. *See id.* R. 42.1(d). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained.

GINA M. BENAVIDES
Justice

Delivered and filed on the
16th day of May, 2024.